

**ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 16-04.**
**TERESA D. UNDERWOOD, CLERK OF BANKRUPTCY COURT**

**BY:** /s/ Mary Knotts
        **Deputy Clerk**

**Dated: 12:05 PM January 8 2019**

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

LINDA C. BENTLEY

                DEBTOR(S)

) CHAPTER 13
) CASE NO: 15-50963
)
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
)
) **AGREED ENTRY RESOLVING**
) **TRUSTEE'S MOTION TO DISMISS**
)

CHAPTER 13
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Now comes Keith Rucinski, the Chapter 13 Trustee, and the above named Debtor(s), by and through undersigned counsel, who have resolved the Trustee's Motion to Dismiss due to payments not being made as ordered.

The agreed resolution is set forth as follows:

1. As of January, 2019, the Debtor(s) is delinquent in plan payments in the amount of $3,722.00.
2. The delinquency is due to missed payments. The Debtor(s) will not be eligible for a discharge until the Debtor(s) has made up those missed payments.
3. The Debtor(s) shall adjust the monthly plan payments to make up the missed payments and complete the Chapter 13 plan in no more than 60 months from the date of filing.
4. The Debtor(s) will commence immediately remitting to the Trustee payments of no less than $677.00 each and every month without fail either by employer deductions or direct pay if the employer fails to deduct wages.
5. Payments are to be sent to:

OFFICE OF THE CHAPTER 13 TRUSTEE
KEITH L. RUCINSKI, CHAPTER 13 TRUSTEE
3600 MOMENTUM PLACE
CHICAGO, IL 60689-5336

**TO PAY ONLINE PLEASE VISIT OUR WEBSITE AT
WWW.CHAPTER13INFO.COM**

1. If payments increase/decrease pursuant to court order, from the amount stated in paragraph 4, all other provisions of this agreed order remain in full force and effect.
2. NSF checks are considered non payment.
3. Plan payments in less than the court ordered amount are agreed to be a default of the terms of this agreed entry.
4. Payments are due no later than the 20th day of each month.

     The Debtor(s) **is/are** in a financial position to make Chapter 13 payments either directly or by employer deductions. Should the Debtor(s) be in a position where Chapter 13 payments are not able to be made as ordered, the Debtor(s) must contact their attorney and the Chapter 13 Trustee's office immediately in writing.

     This agreed entry does not prohibit the Debtor(s) from seeking a temporary suspension of payments. In no event shall pay suspensions exceed a total of 180 days (starting at the filing date) for this case.

     Further, it is agreed that upon any failure by the Debtor(s) to comply with the terms of this agreed entry, the Trustee will be authorized to submit to the Court an Order of Final Dismissal, which may be entered by the Court without further notice or hearing.

     The Trustee will not be providing notice to Debtor(s) or their counsel should the Debtor(s) be in default of this agreed entry. The Debtor(s) and their counsel should view the Trustee's records online at the National Data Center website located at **www.13datacenter.com** to determine if a payment has been received by the Trustee. This web site is provided without charge to the parties and is updated daily.

###

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Submitted by:

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No 0084477
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

WILLIAM SREMACK ¿ Rebecca J Sremack
Counsel for the debtor
Ohio Reg. No. 0092313
2745 S ARLINGTON RD
AKRON, OH 44312
Phone: 330.644.0061

Via Regular Mail


LINDA C. BENTLEY
2689 N. BENDER AVE.
AKRON, OH 44319

Via ECF

WILLIAM SREMACK (wmsremackcolpa@sbcglobal.net)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072