IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: : Case Number: 15-50963

Linda C. Bentley, : Judge Alan M. Koschik

Debtor(s). : WITHDRAWAL OF CLAIM
NUMBER 5-1

Creditor, Kristen M. Scalise, Summit County, Ohio, Fiscal Officer, hereby withdraws her Claim Number 5-1 electronically filed on May 28, 2019. This claim is being withdrawn because it was filed in error.

Respectfully submitted,

SHERRI BEVAN WALSH
Summit County Prosecutor

/s/ Regina M. VanVorous
REGINA M. VANVOROUS, #0020786
Assistant Prosecuting Attorney, Tax Division
53 University Avenue, 7th Floor
Akron, OH 44308
(330) 643-8409 Fax (330) 643-7760
rvanvorous@summitoh.net
Attorney for Creditor, Kristen M. Scalise,
Summit County Fiscal Officer